# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 05, 2013

FILED
JUN 1 3 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

Mr. William Putnicki
Western District of Texas, San Antonio
United States District Court
655 E. Cesar E. Chavez Boulevard
Suite G65
San Antonio, TX 70826-0000

No. 11-51204, USA v. Randall Goodale, Jr.
USDC No. 5:11-CR-409-1

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned: 1 envelope.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Claudia N. Farrington, Deputy Clerk
504-310-7706

cc: (letter only)
    Honorable Xavier Rodriguez
    Mr. Patrick R. Cowlishaw
    Mr. Joseph H. Gay Jr.

P.S. to Judge Rodriguez: A copy of the opinion was sent to your office via email the day it was filed.